UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



GRAND JURY H-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR 155 (MPS) RAR |
| v. | VIOLATIONS: |
| JAVED SAEED and<br>DASTGIR SAEED | 18 U.S.C. § 371 (Conspiracy)<br>7 U.S.C. § 2024(b) (Food Stamp Fraud)<br>18 U.S.C. § 2 (Aiding and Abetting) |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Commit Food Stamp Fraud)

#### Background

At all times relevant to this Indictment:

1. Manchester Quick Mart ("MQM") was a retail convenience store associated with a Mobil Gas Station located at 262 Oakland Street, Manchester, Connecticut. The business was registered as Madina LLC with the State of Connecticut Secretary of State.

2. Defendant JAVED SAEED was the sole member of Madina LLC. JAVED SAEED also identified himself as the owner of MQM on the Food and Nutrition Service ("FNS") application for MQM to become authorized to accept food stamp benefits from the Food Stamp Program ("FSP"), as payment from customers.

3. Defendant DASTGIR SAEED assisted in the operation of MQM and operated the cash register at times and in this role accepted FSP benefits at the register.

4. The Supplemental Nutrition and Assistance Program ("SNAP"), also known as the

Food Stamp Program ("FSP"), is administered by the United States Department of Agriculture's Food and Nutrition Service ("FNS") for the purpose of affording low-income households the opportunity to achieve a more nutritious diet by providing financial assistance to increase their food-purchasing power.

5. Individuals participating in SNAP receive their food stamp benefits on stored value cards, also known as Electronic Benefit Transfer ("EBT") cards. Each EBT card is credited with a dollar amount of food stamp benefits for each month. The applicable FSP rules and regulations authorize purchases only of non-prepared, edible food items, and prohibit purchases of prepared foods, vitamins, medicines, and non-food items such as gasoline, alcoholic beverages, paper goods, and cigarettes. The FSP also prohibits the exchanging of FSP benefits for cash.

6. On or about September 16, 2009, an application was filed with FNS for approval for MQM to participate in SNAP. The application was approved and MQM began participating in SNAP in October 2009.

7. Co-conspirators Mohammed F. Khan and Siddiq Chaudhary, each charged elsewhere, both also worked regularly at MQM and at times operated the cash register and in this role they both accepted FSP benefits stored on EBT cards at the register.

8. JAVED SAEED, DASTGIR SAEED, Mohammed Khan and Siddiq Chaudhary each knew that the FSP rules and regulations prohibited them from exchanging FSP benefits for ineligible items or for cash.

The Conspiracy

9. Beginning at least as early as November 2016 and continuing through in or about January 2020, in the District of Connecticut and elsewhere, the defendants JAVED SAEED DASTGIR SAEED, together with Mohammed Khan and Siddiq Chaudhary and others known and

unknown to the Grand Jury (collectively, the "Conspirators"), did, knowingly and willfully, combine, conspire, confederate and agree together and with each other to commit an offense against the United States, to wit, knowingly to use FSP benefits stored on EBT cards in a manner contrary to the laws and contrary to Department of Agriculture regulations governing the FSP, by using, transferring, and acquiring the FSP benefits stored on EBT cards for cash and other ineligible items, involving a value of $100 or more, but less than $5,000, in violation of Title 7, United States Code, Section 2024(b).

### Manner and Means of the Conspiracy

10. The manner and means by which the Conspirators sought to accomplish and did accomplish the conspiracy included, among others, illegally exchanging FSP benefits stored on EBT cards for items prohibited by the FSP, including but not limited to, cash, gasoline, and male enhancement pills.

11. It was further part of the conspiracy that JAVED SAEED instructed other members of the conspiracy: a) how to perform transactions when customers were using FSP benefits stored on EBT cards; b) that they could exchange FSP benefits stored on EBT cards for ineligible items and cash with certain customers; and c) to charge a premium when they were accepting FSP benefits stored on EBT cards for ineligible items and cash.

### Overt Acts

12. In furtherance of the conspiracy and to effect the objects thereof, on or about the dates listed below, one or more of the Conspirators knowingly and willfully committed the following overt acts, among others, in the District of Connecticut, namely at MQM, and for each respective overt act, the listed conspirator used, transferred, acquired and possessed the listed amount of FSP benefits stored on EBT cards in a manner contrary to the laws and Department of

Agriculture regulations governing the FSP as follows:

| Overt Act | Transaction Date | Amount of benefits redeemed | Items purchased or obtained | Conspirator involved in transaction |
|---|---|---|---|---|
| a. | 2/2/2017 | $34.25 | $20.00 Cash; Eligible items | Mohammed F. Khan |
| b. | 2/2/2017 | $34.66 | $20.00 Cash; Eligible items | Mohammed F. Khan |
| c. | 2/14/2017 | $32.76 | $20.00 Cash; Eligible items | Mohammed F. Khan |
| d. | 2/14/2017 | $34.52 | $20.00 Cash; Eligible items | Mohammed F. Khan |
| e. | 2/23/2017 | $30.91 | $20.00 Cash; Eligible items | Mohammed F. Khan |
| f. | 3/22/2017 | $29.93 | $20.00 Cash | DASTGIR SAEED |
| g. | 4/11/2017 | $28.25 | $20.00 Cash | Mohammed F. Khan |
| h. | 5/4/2017 | $28.25 | $20.00 Cash | Mohammed F. Khan |
| i. | 6/1/2017 | $29.36 | $20.00 Cash | DASTGIR SAEED |
| j. | 11/1/2017 | $28.49 | $20.00 Cash | Mohammed F. Khan |
| k. | 2/8/2018 | $30.29 | $20.00 Cash | Mohammed F. Khan |
| l. | 2/14/2018 | $30.29 | $20.00 Cash | Mohammed F. Khan |
| m. | 2/15/2018 | $30.29 | $9.00 Cash; Male Enhancement Pill | Mohammed F. Khan |
| n. | 2/21/2018 | $30.29 | $10.00 Cash; $10.00 Gasoline | Mohammed F. Khan |
| o. | 2/28/2018 | $30.29 | $11.00 Cash; Male Enhancement Pill | Mohammed F. Khan |
| p. | 4/4/2018 | $30.28 | $10.00 Cash; $10.00 Gasoline | Mohammed F. Khan |
| q. | 3/13/2019 | $33.99 | $20.00 Cash | Mohammed F. Khan |
| r. | 5/23/2019 | $34.05 | $20.00 Cash | Mohammed F. Khan |
| s. | 7/30/2019 | $33.86 | $20.00 Cash; Eligible items | Siddiq Chaudhary |
| t. | 8/6/2019 | $33.05 | $20.00 Cash; Eligible items | Mohammed F. Khan |
| u. | 11/21/2019 | $30.19 | $20.00 Cash | Siddiq Chaudhary |
| v. | 12/10/2019 | $32.90 | $20.00 Cash; Eligible items | Siddiq Chaudhary |
| w. | 1/22/2020 | $32.90 | $20.00 Cash; Eligible items | Siddiq Cahudhary |

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
(Food Stamp Fraud)

13. The allegations in Paragraphs 1 through 12 of this Indictment are incorporated by reference.

14. From in or about November 2016 to in or about January 2020, in the District of Connecticut, the defendants JAVED SAEED and DASTGIR SAEED did knowingly use, transfer, acquire, and possess food stamp benefits of a value of $100 or more, and caused others to knowingly use, transfer, acquire and possess food stamp benefits of a value of $100 or more, in a manner not authorized by Chapter 51 of Title 7 of the United States Code and the regulations issued pursuant to that chapter, that is JAVED SAEED and DASTGIR SAEED exchanged customers' FSP benefits, using the EBT card system, for ineligible items, and directed employees at MQM and others to exchange customers' FSP benefits, using the EBT card system, for ineligible items and cash at MQM.

All in violation of Title 7, United States Code, Section 2024(b)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

ANASTASIA E. KING
ASSISTANT U.S. ATTORNEY